1  Daniel J. Herling (SBN 103711)
   Leslie T. Krasny (SBN 104604)
2  KELLER AND HECKMAN LLP
   Embarcadero Center, Suite 450
3  San Francisco, CA 94111
   Telephone: 415.948.2800
4  Facsimile: 415.948.2808

5  Attorneys for Plaintiff
   La Terra Fina USA, Inc.
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 | LA TERRA FINA USA, INC.              | Case No. C09-01802
11 |     Plaintiff                        |
12 | vs.                                  | **DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT and ORDER THEREON**
13 | PARTNER'S PRODUCE, INC.              |
14 |     Defendant                        |

15

16   Plaintiff La Terra Fina USA, Inc. ("La Terra Fina") hereby submits this request for a dismissal of
17   this case with prejudice.
18   WHEREAS, the parties have entered into a confidential Settlement Agreement and resolved their
19   dispute; and
20
21   WHEREAS, the Settlement Agreement provides among other things that La Terra Fina would
22   provide counsel for Partner's Produce with a fully executed Dismissal with Prejudice of the Complaint
23   against Partner's Produce, which Partner's Produce shall be authorized to file with the United States
24   District Court for the Northern District of California.
25   IT IS HEREBY requested that this action shall be dismissed in its entirety with prejudice.
26
27
28

Dated: 7 JUL, 2009

Keller and Heckman LLP

By: _____
Daniel J. Herling
Leslie T. Krasny
Attorneys for Plaintiff La Terra Fina Inc.

## ORDER

For good cause appearing therefore, IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice.

Dated: _____

_____
The Honorable Susan Illston
Northern District of California

Case No. C09-01802  2
DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT and ORDER THEREON